

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00628-CV

**IN RE** Juan **ROBLES**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06761
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

The court has considered the Relator's Motion for En Banc Reconsideration, and the motion is DENIED.

It is so **ORDERED** on January 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk